## A. C. GILBERT CO. v. UNITED ELECTRICAL MFG. CO.

### Nos. 5912, 5913.

Circuit Court of Appeals, Sixth Circuit.
April 8, 1932.

See, also (D. C.) 33 F.(2d) 760.

Stuart C. Barnes, of Detroit, Mich., and Henry E. Rockwell, of New Haven, Conn., for plaintiff.

Owen & Owen, of Toledo, Ohio, for defendant.

Before MOORMAN, HICKS, and HICKENLOOPER, Circuit Judges.

## PER CURIAM.

The decrees in the above entitled causes [58 F.(2d) 988] are affirmed on authority of Grinnell Washing Machine Co. v. Johnson Co., 247 U. S. 426, 434, 38 S. Ct. 547, 62 L. Ed. 1196; Concrete Appliances Co. v. Gomery, 269 U. S. 177, 184, 185, 46 S. Ct. 42, 70 L. Ed. 222; and Saranac Mach. Co. v. Wirebounds Co., 282 U. S. 704, 713, 51 S. Ct. 232, 75 L. Ed. 634.